

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00005-CV

**ESTATE OF FRANCISCO RODRIGUEZ, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC0654-A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

On January 10, 2018, this court issued its opinion and judgment; the due date for a motion for rehearing is January 25, 2018. Before the due date, Appellant filed a first motion for extension of time to file a motion for rehearing until February 7, 2018. *See* TEX. R. APP. P. 49.1, 49.8.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due to be filed with this court by February 7, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court